1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   LUCAS OSBORNE,

10              Plaintiff,

11       v.

12   VANCOUVER POLICE, et al.,

13              Defendants.

CASE NO. C15-5877 BHS-KLS

ORDER TO SHOW CAUSE OR TO
AMEND

14       On April 1, 2016, Plaintiff Lucas Osborne, a pro se prisoner in the Clark County Jail, was

15   granted leave to amend his complaint as to his individual excessive force claim and directed to

16   file a second amended complaint no later than April 22, 2016.  Dkt. 19.  In response, plaintiff

17   filed exhibits (Dkt. 20) and a "Motion with Amended Information" (Dkt. 21).   Unfortunately,

18   Mr. Osborne was not provided a form to use for his second amended 1983 civil rights complaint

19   and therefore all the necessary information for a proper complaint was not provided.

20       Plaintiff is directed to submit his second amended complaint on the form provided by the

21   Court.  The second amended complaint must be **legibly rewritten or retyped in its entirety**, it

22   should be an original and not a copy, it should contain the same case number, and it may not

23   incorporate any part of the original complaint by reference.  Plaintiff may attach additional pages

24   to the form complaint, if necessary.  Plaintiff must name all of the defendants and include facts

to support his claims against each of the named defendants.  If plaintiff wishes to submit exhibits, they should be attached to the amended complaint.

If Plaintiff decides to file a second amended civil rights complaint in this action, he is cautioned that if the second amended complaint is not timely filed or if he fails to adequately address the issues raised herein on or before **June 3, 2016,** the Court will recommend dismissal of this action **as frivolous pursuant to 28 U.S.C. § 1915**.

**The Clerk is directed to send plaintiff the appropriate forms for filing a 42 U.S.C. 1983 civil rights complaint and for service, a copy of this order and Pro Se Instruction Sheet**.

**DATED** this 3rd day of May, 2016.

Karen L. Strombom
United States Magistrate Judge