UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCAS OSBORNE,

Plaintiff,

v.

CITY OF VANCOUVER; CLARK COUNTY SHERIFF'S OFFICE; SGT. ANDY HAMLIN, ALAN EARHART; CHARLIE AHN; SGT. EASTMAN; JOSH GONZALES,

Defendants.

CASE NO. 15-5877 BHS-KLS

ORDER DENYING MOTION TO INTERVENE IN DEPOSITION

Lucas Osborne filed a "Motion Asking the Courts for Intervention on Deposition" (Dkt. 48) which dated October 7, 2016, which was five days before his scheduled deposition on October 12, 2016. This motion was not, however, docketed until October 13, 2016, one day after plaintiff's deposition was taken.

As noted in Defendants' Joint Response (Dkt. 49), the undersigned conducted a conference call on October 12, 2016 with all of the parties. Mr. Osborne advised the Court that he had filed a motion regarding the deposition but at that time neither the Court nor any of the

defense counsel had received that motion. During the conference call, which was recorded by the court reporter present for the deposition, Mr. Osborne made the Court aware of his objections to the taking of his deposition and the Defendants responded. Having heard arguments of the parties, the undersigned directed Mr. Osborne to participate in his deposition.

Based on the above, Mr. Osborne's motion (Dkt. 48) is moot and it is DENIED.

DATED this 18th day of October, 2016.

Karen L. Strombom
United States Magistrate Judge