# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LUCAS OSBORNE,

    Plaintiff,

v.

VANCOUVER POLICE, et al.,

    Defendants.

CASE NO. C15-5877BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 84. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The motion for summary judgment of Defendant Josh Gonzales (Dkt. 57) is **GRANTED** and all claims against him are **dismissed with prejudice**.

Dated this 16th day of March, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER