UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCAS OSBORNE,

    Plaintiff,

v.

VANCOUVER POLICE, et al.,

    Defendants.

CASE NO. C15-5877BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 85. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The motion for summary judgment of Defendants Charlie Ahn, Andy Hamlin, the City of Vancouver, and the Vancouver Police Department (Dkt. 52) is **GRANTED** and all claims against them are **dismissed with prejudice**.

Dated this 16th day of March, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER