UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCAS OSBORNE,

          Plaintiff,

  v.

VANCOUVER POLICE, et al.,

          Defendants.

CASE NO. C15-5877-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 86. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The motion for summary judgment of Defendants Clark County Sheriff's Office, Alan Earhart, and James Eastman (Dkt. 68) is **GRANTED** and all claims against them are **DISMISSED with prejudice**.

Dated this 4th day of April, 2017.

                                              BENJAMIN H. SETTLE
                                              United States District Judge